KEITH C. CRAMER (SBN: 167899)
GORDON & REES LLP
3770 Howard Hughes Parkway
Suite 100
Las Vegas NV 89169
Telephone: (702) 577-9300
Facsimile: (702) 255-2858

Attorneys for: Plaintiff
L'OREAL USA S/D, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| L'OREAL USA S/D, INC., a Delaware corporation, as successor-in-interest to Matrix Essentials, Inc., <br><br>　　　　　　Plaintiff, <br><br>　　v. <br><br>HAIR CASINO VENTURE, L.L.C., a Nevada limited liability company, NEVADA HAIR VENTURES, L.L.C., a Nevada limited liability company, NEIL RIEMER, an individual, and DOES 1-50. <br><br>　　　　　　Defendants. | Case No. 2:09-cv-1484 <br><br><br>**ORDER GRANTING STIPULATION EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANT NEIL RIEMER'S RULE 12(B) MOTIONS** |

//

//

//

//

//

//

1

Plaintiff L'Oreal USA S/D, Inc. ("L'Oreal"), and defendant Neil Riemer stipulate that the due date for L'Oreal's responses to Mr. Riemer's pending Rule 12(b)(6) and Rule 12(b)(7) motions shall be extended from Thursday, March 24, 2011, to Monday, March 28, 2011.

**IT IS SO STIPULATED.**

Dated: March 22, 2011        LEWIS AND ROCA, L.L.P.

                             By:  s/ Lisa Wong Lackland
                                  Lisa Wong Lackland
                                  Attorneys for defendant
                                  NEIL RIEMER

Dated: March 22, 2011        GORDON & REES, L.L.P.

                             By:  s/ Keith C. Cramer
                                  Keith C. Cramer
                                  Attorneys for plaintiff
                                  L'OREAL U.S.A. S/D, INC.

**IT IS SO ORDERED.**

Dated: March 24, 2011.

                             By:  Edward C. Reed
                                  UNITED STATES JUDGE

2