Keith C. Cramer (S.B.N. 6263)
GORDON & REES, L.L.P.
3770 Howard Hughes Pkwy., suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 577-9300
Facsimile:  (702) 255-2858

Attorneys for plaintiff
L'OREAL U.S.A. S/D, INC.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| L'OREAL USA S/D, INC., a Delaware corporation, as successor-in-interest to Matrix Essentials, Inc., <br><br> Plaintiff, <br><br> v. <br><br> HAIR CASINO VENTURE, L.L.C., a Nevada limited liability company, NEVADA HAIR VENTURES, L.L.C., a Nevada limited liability company, NEIL RIEMER, an individual, and DOES 1-50. <br><br> Defendants. | Case No. 2:09-cv-1484 <br><br><br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

No response has been filed in respect to Plaintiff's Notice of Dismissal (#68) filed on June 3, 2011, therefore,

   IT IS SO ORDERED, ADJUDGED AND DECREED, that the above styled and

numbered cause is hereby dismissed, with prejudice, against refilling same pursuant to

Federal Rule of Civil Procedure 41.

   **IT IS SO ORDERED.**

Dated: July 1, 2011.

_Edward C. Reed._
JUDGE OF THE U.S. DISTRICT COURT